IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS, LLC<br>AND VARIANT, INC.<br>   v.<br><br>AMERCO; ET AL. | NO. 2:11-cv-00422-TJW<br><br>JURY |

## PLAINTIFFS' NOTICE OF DISMISSAL REGARDING CARLSON HOLDINGS AND COUNTRY HOSPITALITY WORLDWIDE

Plaintiffs' recent Amended Complaint does not have infringement claims against CARLSON HOLDINGS, INC. or COUNTRY HOSPITALITY WORLDWIDE, INC. However, they are included in the caption of that pleading. Thus, to avoid any ambiguity, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs respectfully submit this notice of voluntary dismissal without prejudice of all claims against Defendant CARLSON HOLDINGS, INC. and COUNTRY HOSPITALITY WORLDWIDE, INC.

January 11, 2012

Respectfully submitted,

By: */s/ John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Steve Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

(903) 753-9300  
(903) 553-0403 (fax)  
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFFS  
VARIANT HOLDINGS, LLC AND  
VARIANT, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 11, 2012                                 /s/ *John J. Edmonds*  
                                                        John J. Edmonds